**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604



**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
March 3, 2008

District of Columbia District Court
1225 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**FILED**

MAR 07 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: U.S. -v- Alan Saleh Morning
**Case:** 08 -142-M-01

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet  (08 cr 187)          _X_ Affidavit in Removal

____ Order setting conditions of release     ____ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
    Deputy Clerk

COLE

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:08-cr-00187 All Defendants
#### Internal Use Only

Case title: USA v. Morning  
Other court case number: 08-142 District of Columbia

Date Filed: 02/28/2008  
Date Terminated: 02/28/2008

Assigned to: Honorable Jeffrey Cole

**Defendant**

**Alan Saleh Morning** (1)  
*TERMINATED 02/28/2008*  
*also known as*  
Saleh Karazeh (1)  
*TERMINATED 02/28/2008*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

18:1542.F FALSE STATEMENT IN
APPLICATION/USE OF PASSPORT

[Stamp: A TRUE COPY-ATTEST  
MICHAEL W. DOBBINS, CLERK  
By Laura Spungo  
DEPUTY CLERK  
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS  
DATE: MAR - 3 2008]

**Plaintiff**

USA                                               represented by **Bethany Kaye Biesenthal**  
                                                  United States Attorney's Office (NDIL)  
                                                  219 South Dearborn Street  
                                                  Suite 500  
                                                  Chicago, IL 60604  
                                                  (312)886-7629  
                                                  Email: bethany.biesenthal@usdoj.gov  
                                                  *LEAD ATTORNEY*  
                                                  *ATTORNEY TO BE NOTICED*

                                                  **AUSA**  
                                                  United States Attorney's Office (NDIL)  
                                                  219 South Dearborn Street  
                                                  Suite 500  
                                                  Chicago, IL 60604  
                                                  (312) 353-5300

Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**

435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2008 | 1 | AFFIDAVIT in removal proceedings signed by Judge Jeffrey Cole as to Alan Saleh Morning (1) (las, ) (Entered: 03/03/2008) |
| 02/28/2008 |  | ARREST of defendant Alan Saleh Morning (las, ) (Entered: 03/03/2008) |
| 02/28/2008 | 2 | MINUTE entry before Judge Jeffrey Cole as to Alan Saleh Morning: Initial appearance in removal proceedings held. Defendant appears in response to arrest on 2/28/08. Defendant informed of his rights. John F. Murphy is appointed as counsel for defendant. Defendant acknowledges understanding the charges and maximum penalty. Government seeks detention. Defendant does not contest detention. Defendant to remain in custody and removed to the District of Columbia for complaint in case 08-143-M-01. (Terminated defendant Alan Saleh Morning). Mailed notice (las, ) (Entered: 03/03/2008) |
| 02/28/2008 |  | Judge update in case as to Alan Saleh Morning. Judge John W. Darrah no longer assigned to case. (las, ) (Entered: 03/03/2008) |
| 02/28/2008 |  | Judge update in case as to Alan Saleh Morning. Judge Jeffrey Cole added. (las, ) (Entered: 03/03/2008) |

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 187 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Alan Saleh Morning | | |

**DOCKET ENTRY TEXT**

Initial appearance in removal proceedings held. Defendant appears in response to arrest on 2/28/08. Defendant informed of his rights. John F. Murphy is appointed as counsel for defendant. Defendant acknowledges understanding the charges and maximum penalty. Government seeks detention. Defendant does not contest detention. Defendant is to remain in custody and removed to the District of Columbia for complaint in case 08-143-M-01

Docketing to mail notices

00:15

| | Courtroom Deputy Initials | CDH |
|---|---|---|

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **MAGISTRATE JUDGE COLE** |
| v. ) | |
| ) | |
| ALAN SALEH MORNING ) | CASE NUMBER **08CR 0187** |
| aka "Saleh Karazeh" ) | |

### AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before JEFFREY COLE, a United States Magistrate Judge, and being duly sworn on oath, states: that at the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, one ALAN SALEH MORNING, aka "Saleh Karazeh, was charged in a criminal complaint with two counts of knowingly and willfully making false statements in applications for passports with the intent to induce and secure the issuance of such passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, both in violation of Title 18, United States Code, Section 1542, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Criminal Complaint).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Donald R. Pinkston, Jr.
Agent, Department of State
Diplomatic Security Service

Subscribed and Sworn to before me this
28th Day of February, 2008

_____
JEFFREY COLE
United States Magistrate Judge

TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By Laura Springs
DEPUTY CLERK
U.S. DISTRICT COURT,
DISTRICT OF ILLINOIS

DATE: MAR -3 2008

AUSA Bethany K. Biesenthal

**FILED**
2-28-08
FEB 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bond set or recommended by issuing court at _____

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ALAN SALEH MORNING

**WARRANT FOR ARREST**

INVESTIGATE COPY ONLY
ORIGINAL ON FILE WITH
U.S. MARSHAL

CASE NUMBER: 08-142-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ALAN SALEH MORNING, a/k/a "Saleh Karazeh"___
                                                  Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
       Deputy Clerk

two counts of knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; both

in violation of Title __18__ United States Code, Section(s) __1542__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

FEB 28 2008    District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
For The District of Columbia

UNITED STATES OF AMERICA

v.

ALAN SALEH MORNING

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-142-M-01

PDID (Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 29, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__, in Egypt, and elsewhere outside the United States, the defendant did, (Track Statutory Language of Offense)

knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; <u>and</u> on or about April 2, 2006, did knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; <u>both</u>

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am __SPECIAL AGENT JOSHUA K. GREENE__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
S/A JOSHUA K. GREENE
DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

Sworn to before me and subscribed in my presence,

**FEB 2 8 2008**            at        Washington, D.C.
Date                                    City and State

ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

The defendant, Alan Saleh Morning (aka "Saleh Karazeh") while in Egypt, completed a U.S. passport application known as a DS-11, on or about June 29, 2005, in which he falsely stated that his previous U.S. passport, numbered          as stolen while in Egypt. As a result, passport numbered          was issued to the defendant at the U.S. Embassy in Egypt on August 29, 2005. On June 29, 2007, the defendant entered the United States at JFK International Airport in New York. During a secondary search, officers from Customs and Border Patrol (CBP) located passport numbered          among his personal belongings.

The defendant, while in Egypt, completed a U.S. passport application on or about April 2, 2006, in which he fraudulently omitted any aliases or other names that he has used. Section 17 of the passport application requests "Other Names You Have Used." The defendant left this section blank. Your affiant knows this to be false. Immigration records reflect that the defendant entered the United States on or about July 7, 1971. At that time, his name was Saleh Mohammad Karazeh. On or about August 19, 1974, the defendant legally changed his name to Saleh Med Cherry. On or about February 25, 1977, the defendant legally changed his name to Harry Saleh Cherry Adamson. On or about September 20, 1979, the defendant legally changed his name to Alan Salch Morning. On June 29, 2007, the defendant, as detailed above, was searched by CBP. The CBP officers located a Syrian passport and a Texas driver's license. Both documents pictured the defendant and were in the name of Saleh Karazch. The Texas driver's license was issued on August 30, 1999. As a result of this application, U.S. passport numbered          was issued to the defendant on April 12, 2006.

On February 28, 2008, the defendant was stopped by CBP at Chicago O'Hare International Airport. During a secondary search, CBP officers located an apparently valid Syrian passport in the name of Saleh Karazeh. The passport, which pictured the defendant, was issued in 1997 and was due to expire in 2009.

_____
District Court