IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| ALAN SALEH MORNING, | : | 18 U.S.C. § 1542 |
|   also known as Saleh Karazeh, | : | (False Statement in Application |
|   also known as Saleh Med Cherry, | : | and Use of Passport) |
|   also known as Harry Saleh Cherry Adamson, | : | |
|   also known as Salehalan C. Morning | : | |
| | : | |
|   Defendant. | : | |

### I N D I C T M E N T

The Grand Jury charges that:

### INTRODUCTION

At all times material to this indictment:

    1.    The United States Department of State was an agency of the United States, located in the District of Columbia, authorized by law to review applications for passports of the United States and to issue passports of the United States as proof of citizenship, thereby permitting international travel and re-entry into the United States.

    2.    The United States Department of State delegates its authority to issue passports abroad to consular officers assigned to United States Embassies and Consulates throughout the world. The consular officers are charged with the responsibility of reviewing applications for passports that are submitted outside the United States and the issuance of those passports.

3. An application for additional visa pages functions as the equivalent of an application for passport in that, once an application for additional visa pages is submitted to and approved by the United States Department of State, to include United States Embassies and Consulates abroad, additional visa pages are issued to the applicant. The additional visa pages are affixed to the applicant's United States passport, thereby permitting continued international travel and re-entry into the United States.

## COUNT ONE

On or about June 29, 2005, in Egypt and elsewhere, within the extraterritorial jurisdiction of the United States and within the venue of the United States District Court for the District of Columbia, defendant **ALAN SALEH MORNING,** also known as Saleh Karazeh, also known as Saleh Med Cherry, also known as Harry Saleh Cherry Adamson, also known as Salehalan C. Morning, willfully and knowingly made a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the Untied States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that defendant **ALAN SALEH MORNING,** also known as Saleh Karazeh, also known as Saleh Med Cherry, also known as Harry Saleh Cherry Adamson, also known as Salehalan C. Morning, in an application for a United States passport, did falsely state in box 13 that his permanent address was "119 Skyline Circle, Santa Barbara, California, U.S.A.," when in truth and in fact, as he well knew, that was not his permanent address, and did falsely fail to state in box 17 other names used and aliases, when in truth and in fact, as he well knew, he had used other names and aliases and was using other names and aliases.

 (**False Statement in Application and Use of Passport**, in violation of Title 18, United States

Code, Section 1542)

## COUNT TWO

On or about April 2, 2006, in Egypt and elsewhere, within the extraterritorial jurisdiction of the United States and within the venue of the United States District Court for the District of Columbia, defendant **ALAN SALEH MORNING,** also known as Saleh Karazeh, also known as Saleh Med Cherry, also known as Harry Saleh Cherry Adamson, also known as Salehalan C. Morning, willfully and knowingly made a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the Untied States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that defendant **ALAN SALEH MORNING,** also known as Saleh Karazeh, also known as Saleh Med Cherry, also known as Harry Saleh Cherry Adamson, also known as Salehalan C. Morning, in an application for a United States passport, did falsely fail to state in box 17 other names used and aliases, when in truth and in fact, as he well knew, he had used other names and aliases and was using other names and aliases.

 (**False Statement in Application and Use of Passport**, in violation of Title 18, United States Code, Section 1542)

## COUNT THREE

On or about February 5, 2008, in Egypt and elsewhere, within the extraterritorial jurisdiction of the United States and within the venue of the United States District Court for the District of Columbia, defendant **ALAN SALEH MORNING,** also known as Saleh Karazeh, also known as Saleh Med Cherry, also known as Harry Saleh Cherry Adamson, also known as

Salehalan C. Morning, willfully and knowingly made a false statement in an application for passport and an application for additional visa pages with intent to induce and secure the issuance of a passport under the authority of the Untied States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that defendant **ALAN SALEH MORNING,** also known as Saleh Karazeh, also known as Saleh Med Cherry, also known as Harry Saleh Cherry Adamson, also known as Salehalan C. Morning, in an application for additional visa pages, did falsely state in box 6 that his mailing address was "119 Skyline Cir., Santa Barbara, Ca., 93109," when in truth and in fact, as he well knew, that was not his mailing address, and did falsely state in box 10 that his permanent address was "119 Skyline Cir., Santa Barbara, Ca., 93109," when in truth and in fact, as he well knew, that was not his permanent address.

 (**False Statement in Application and Use of Passport**, in violation of Title 18, United States Code, Section 1542)

                                                          A TRUE BILL

                                                          FOREPERSON

Attorney of the United States in
and for the District of Columbia