AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
APR - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

ALAN SALEH MORNING
a/k/a "Saleh Karazeh"
DOB: 6/20/43;   PDID:

**WARRANT FOR ARREST**

CASE NUMBER: 08-142-M-01

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ALAN SALEH MORNING, a/k/a "Saleh Karazeh"_____
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

two counts of knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; both

in violation of Title __18__ United States Code, Section(s) _1542_.

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

FEB 28 2008  District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8 April 2008 | DUSM Robert C. Byrne | Robert C. Byrne |
| DATE OF ARREST | | |
| 8 April 2008 | | |

14 54505