IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 08-086 |
| | : | |
| ALAN SALEH MORNING | : | |

### NOTICE OF APPEARANCE

Clerk please enter my appearance on the behalf of the defendant, Alan Saleh Morning, as retained counsel.

Respectfully submitted,

Kevin McCants
Unified Bar # 493979
1000 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
202.742.6540 (phone)
202.330.5155 (fax)