UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>ALAN SALEH MORNING<br>        Defendant. | :<br>:<br>:   CRIMINAL NO. 08-86 (JDB)<br>:<br>:   **FILED**<br>:<br>:   MAY 0 2 2008<br>:<br>   NANCY MAYER WHITTINGTON, CLERK<br>   U.S. DISTRICT COURT |

**STATEMENT OF OFFENSE**

The United States of America, through its attorney, the United States Attorney for the District of Columbia (hereinafter referred to as the "government") and ALAN SALEH MORNING (hereinafter referred to as the "defendant") hereby submit this Statement of Offense in support of a guilty plea.

1. The defendant is charged in Count One of a pending Indictment with False Statement in Application and Use of a Passport, in violation of Title 18, United States Code Section 1542. The essential elements of this offense are:

   a. That on or about June 29, 2005, the defendant willfully and knowingly made a false statement in an application for passport; and

   b. That the defendant did so with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of a passports and the rules prescribed pursuant to such laws.

2. On the date of this offense, the United States Department of State was an agency of the United States, located in the District of Columbia, authorized by law to review

applications for passports of the United States and to issue passports of the United States as proof of citizenship, thereby permitting international travel and re-entry into the United States. The United States Department of State delegates its authority to issue passports abroad to consular officers assigned to United States Embassies and Consulates throughout the world. The consular officers are charged with the responsibility of reviewing applications for passports that are submitted outside the United States and the issuance of those passports.

3. On or about June 29, 2005, in the country of Egypt, the defendant did willfully and knowingly, in an application for a United States passport, did falsely state in box 13 that his permanent address was "119 Skyline Circle, Santa Barbara, California, U.S.A.," (hereinafter referred to as "119 Skyline Circle"), when in truth and in fact, as he well knew, that was not his permanent address, and did falsely fail to state in box 17 other names used and aliases, when in truth and in fact, as he well knew, he had used other names and aliases and was using other names and aliases, in violation of Title 18, United States Code, Sections 1542.

4. On or about December 30, 1988, the defendant purchased 119 Skyline Circle, a single family residence. However, on or about October 23, 2001, the defendant sold 119 Skyline Circle to Engin Karabulut; and on or about March 4, 2005, Karabulut sold the property to its present owner. On June 29, 2005, the date the defendant submitted the above referenced passport application, 119 Skyline Circle was not his permanent address. Moreover, the defendant has had no interest in the property since he sold it in October 2001.

5. The defendant also knowingly omitted any aliases or other names used in his passport application, dated June 29, 2005. Immigration records reflect that the defendant entered the United States on or about July 7, 1971. At that time, his name was Saleh Mohammed

Karazeh. Since that time, the defendant has legally changed his name three times: (a) on or about August 19, 1974, the defendant legally changed his name to Saleh Med Cherry; (b) on or about February 25, 1977, the defendant legally changed his name to Harry Saleh Cherry Adamson; and (c) on or about September 20, 1979, the defendant legally changed his name to Alan Saleh Morning. The defendant has been issued government identifications in each of these four names.

6.      Additionally, the defendant was using names other than Alan Saleh Morning during the time period of this offense. On June 29, 2007, the defendant, was searched upon entry into the United States by the Customs and Border Patrol (CBP) at New York's JFK International Airport. The CBP officers located two apparently valid identifications among his personal effects, a Syrian passport and a Texas identification card. Both documents pictured the defendant and were in the name of Saleh Karazeh. The Texas identification card was issued on August 30, 1999, approximately twenty-five years and two names after the defendant gave up the name Saleh Karazeh. Moreover, on or about February 27, 2008, the defendant was stopped by CBP at Chicago O'Hare International Airport. During a secondary search, CBP officers located three documents, all of which pictured the defendant and were valid at the time the defendant submitted the above referenced passport application. The documents included: (a) a Syrian passport in the name of Saleh Karazeh, with an issue date of 1997 and expiration date of 2009; (2) an identification card, in the name of Saleh Karazeh, issued by the state of Texas with an expiration date June 20, 2006;[1] and (3) an identification card, in the name of Salehalan C.

---

[1] Records from the Texas Department of Public Safety reflect that the defendant obtained the Texas identification card on August 30, 1999 after submitting his Syrian passport as proof of identity.

Morning, issued by the state of Wisconsin, with an issue date of February 27, 2004 and expiration date of June 20, 2008.

7.      This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of False Statement in Application and Use of Passport, which is charged in Court One of the Indictment in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By: _____
MICHAEL C. DILORENZO
Assistant United States Attorney
MD Bar Number 931214 0189
National Security Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 307-0618 telephone
(202) 307-6059 facsimile

DEFENDANT ALAN SALEH MORNING'S ACKNOWLEDGEMENT

I have read this factual proffer and have discussed it with my attorney, David Bos, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 5-2-08

_____
Alan Saleh Morning

ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 5-2-08

_____
~~David Bos, Esquire~~ Kevin McHarris
Attorney for Alan Saleh Morning

5