UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Case No. 08-86 (JDB) |
| | : |
| ALAN SALEH MORNING | : |
| | : |
| Defendant | : |
| _____ | : |

## CONSENT MOTION TO CONTINUE SENTENCING

The United States of America, by and through undersigned counsel, respectfully requests, by consent, that the defendant's June 12, 2008 sentencing be continued approximately two weeks. In support of this motion, the government states the following:

1. On May 2, 2008, the defendant formally entered a plea in this case to the charge of Making a False Statement in an Application for a Passport, in violation of 18 U.S.C. 1542. At that time, the Court scheduled the defendant's sentencing for June 12, 2008. The Court also released the defendant on personal recognizance pending his sentencing.

2. The undersigned prosecutor has been requested to travel outside the country for work related business. I will be traveling with two FBI agents and meeting with foreign law enforcement officials. The nature of this travel involves some urgency. Therefore, a postponement of this travel would create a hardship. As a result of this scheduled trip, the prosecutor will not be available from June 9, 2008 through June 24, 2008.

3. The prosecutor is intimately familiar with the facts and history in this case. The prosecutor also believes that the defendant expects to see undersigned counsel at his sentencing. The requested delay will cause no prejudice to the defendant.

4. On May 21, 2008, the prosecutor spoke by telephone with defense counsel, Kevin McCants, who advised that he has no opposition to the government's motion to continue

sentencing. Mr. McCants further advised that he is currently in trial and will not be available until after July 11, 2008.

WHEREFORE, the government, with consent of defense counsel, respectfully request that the sentencing be continued to a date after July 11, 2008.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>UNITED STATES ATTORNEY
>D.C. Bar Number 498610

By:_____
>MICHAEL C. DILORENZO
>Assistant U.S. Attorney
>MD Bar Number 931214 0189
>National Security Section
>555 Fourth Street, N.W., 11th Floor
>Washington, D.C. 20530
>(202) 307-0618 telephone
>(202) 307-6059 facsimile

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was sent to counsel for the defendant, Kevin McCants by ECF.

_____
Michael C. DiLorenzo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Case No. 08-86 (JDB) |
| | : |
| ALAN SALEH MORNING | : |
| | : |
| Defendant | : |
| | : |
| _____ | : |

**ORDER**

After consideration of the government's Consent Motion to Continue Sentencing, and the record in this case, it is this ____ day, of _____, 2008, hereby,

ORDERED, that the government's Consent Motion to Continue Sentencing is GRANTED; and it is further,

ORDERED that the sentencing be continued to the ____ day of _____, 2008.

SO ORDERED.

_____
John D. Bates
U.S. District Court Judge