NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  08-086

_Alan Saleh Morning_
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA           ☒ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_Sherlock Grigsby_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

494432
(Attorney & Bar ID Number)

Sherlock Grigsby Attorney at Law
(Firm Name)

601 Penn Ave NW  900
(Street Address)

Washington       DC         20004
(City)          (State)     (Zip)

202-421-1594
(Telephone Number)