| PROB.22 DC (Rev 2 88) | | DOCKET NUMBER *(Tran Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR-08-086-01 |
| | | DOCKET NUMBER *(Rec Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Alan Morning | District of Columbia | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| 08 CR 126 C | John D. Bates | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 07.17.2008 | TO |

**FILED**
AUG 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OFFENSE

False Statement in Application and Use of a Passport, 18 USC §1542

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Wisconsin upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_July 17, 2008_            _[signature]_
Date                         United States [Judge Title] Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_August 7, 2008_           _Barbara B. Crabb_
Effective Date              United States District Judge